IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIA ELENA BARAJAS,**
**Personal Representative of the Estate**
**Of DANEL ADRIAN BARAJAS**  **PLAINTIFF**

V.  4:23CV00760 JM

**HUNTER THOMPSON, et al,**  **DEFENDANTS**

## ORDER

Pursuant to the Motion for Voluntary Dismissal, the Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of November, 2023.

_____
James M. Moody Jr.
United States District Judge